**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Edward J Longo | CASE NUMBER |
|---|---|
| v. | CV11-01864 ABC |
| Bleier and Cox, LLP, et al. | **NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |
| DEFENDANT(S) | |

Robert Saint-. Aubin is assigned to serve as the Attorney Settlement Officer in the above-captioned case. This assignment is made:

☒ Pursuant to the ADR Program:

☐ The parties have stipulated to appointment of the above-named Attorney Settlement Officer          .

☐ Plaintiff has not notified the ADR Department of the name of the Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to Order/Referral to the ADR Pilot Program (ADR-12). The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

☒ The parties have agreed to the random selection of an Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to the Order/Referral to the ADR Pilot Program (ADR-12). The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

☐ Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:

☐ The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

   ☐ The parties have agreed to the random selection of an Attorney Settlement Officer. The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

The settlement proceeding in this case is to be completed no later than:

☐ , as ordered by the assigned judge.

☒ forty-five days prior to the final pretrial conference, consistent with Local Rule 16-15.2.

Clerk, U.S. District Court

*Gail Killef*

Dated: July 20, 2011                               ADR Program Director

ADR Director to electronically file original and cc: Attorney Settlement Officer

ADR-11 (07/08)          **NOTICE OF APPOINTMENT OF ATTORNEY SETTLEMENT OFFICER**