JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. LONGO, an Individual, | ) Case No.: 2:11-cv-01864 ABC (OPx) |
| | ) |
| Plaintiff, | ) **[PROPOSED] JUDGMENT** |
| vs. | ) |
| | ) |
| BLEIER & COX, LLP; and DOES 1 | ) |
| through 10 inclusive, | ) Hearing Date: November 14, 2011 |
| | ) Hearing Time: 10 a.m. |
| | ) Courtroom: 680 |
| Defendant(s). | ) Judge: Hon. Audrey  B. Collins |
| | ) |

The hearing on Defendant Bleier & Cox, LLP's Motion for Summary Judgment in the above captioned matter having gone forward as calendared on November 14, 2011, and the Court having GRANTED Defendant Bleier & Cox, LLP's Motion for Summary Judgment, it is the Judgment of this Court that:

(1) Defendant Bleier & Cox, LLP's Motion for Summary Judgment is **GRANTED**.

(2) Plaintiff Edward J. Longo shall take nothing from his Complaint.

(3) The Complaint is dismissed with prejudice.

Date: November 29, 2011

_____
Hon. Audrey Collins
Chief Judge of the U.S. District Court
Central District of California

-1-